DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LLOYD T. JOHNSON JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-931

[July 1, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer and Joseph Marx, Judges; L.T. Case No. 50-2002-CF-011564-AXXX-MB.

Lloyd T. Johnson Jr., Avon Park, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and FORST, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***